```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEBRA CHAMBERS-ENGLISH,

                Plaintiff,

    -against-

UNISYS CORPORATION,

                Defendant.
-----------------------------------------------------------X

05 CIVIL 2976 (DC)

**JUDGMENT**

        Defendant having moved for summary judgment, and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on January 31, 2007, having rendered its Memorandum Decision granting defendant's motion for summary judgment and dismissing the case, with prejudice, and with costs but without fees, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision dated January 31, 2007, defendant's motion for summary judgment is granted and the case is dismissed, with prejudice, and with costs but without fees.

**Dated:** New York, New York
           January 31, 2007

                                                        **J. MICHAEL McMAHON**
                                                             Clerk of Court

                              BY:
                                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____